UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARTH ALLEN EDBORG,

        Petitioner,

v.

SKAGIT COUNTY SUPERIOR COURT,

        Respondent.

Case No. 19-986-TSZ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, and no objections having been filed, the Court finds and ORDERS:

(1) The Court ADOPTS the unopposed Report and Recommendation.

(2) This action is DISMISSED with prejudice and without leave to amend. *See* Rules Governing § 2254 Cases in the United States District Courts, Rules 1(b), 4.

(3) A certificate of appealability is DENIED as to all claims raised in the habeas petition. *See* 28 U.S.C. § 2253(c).

\\

\\

ORDER OF DISMISSAL - 1

(4) The Clerk is directed to send copies of this Order to Petitioner and to Judge Peterson.

Dated this 25th day of September, 2019.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL - 2